IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

Re:    Barry K. Kellerman and Dana M. Kellerman    Case No. 09-13935
        Debtors    (Chapter 11)

## APPLICATION TO EMPLOY ATTORNEY
## UNDER GENERAL RETAINER

Come the Debtors and for application state:

(1)    An order for relief has been entered in this proceeding and the Debtors are in possession of their property.

(2)    The Debtors require assistance of legal counsel in order to properly perform their duties as debtors-in-possession in connection with the following matters:

    (a)    Preparation of records and reports required by the Bankruptcy Code and Rules.

    (b)    Preparation of applications and proposed orders for submission to the Court.

    (c)    Identification and prosecution of claims and causes of action.

    (d)    Examination of proofs of claim.

    (e)    Advising the Debtors in connection with the operation of the business and in connection with plan of reorganization and negotiating with creditors.

    (f)    Assisting the Debtors in performing other duties required by the Bankruptcy Code.

(3)    The Debtors have selected BASIL V. HICKS, JR. for reason of such attorney's experience and expertise in the field of debtor and creditor's rights and

Re: Kellerman
Case No. 09-13935
Application to Employ Attorney
Page 2

believes this attorney is qualified to represent him in this proceeding. A general retainer is necessary because of the extensive legal services required for this estate.

(4)    BASIL V. HICKS, JR. has agreed to be compensated on an hourly basis for his services subject to Court approval. Normal hourly billing rate for proposed counsel is $180.00 hourly and it is contemplated counsel will seek compensation at this rate as provided in the Bankruptcy Code, including requests for interim compensation. To the best of the Debtors' knowledge, the proposed attorney does not have any interest adverse to the Debtors.

WHEREFORE, the Debtors request an order authorizing them to employ BASIL V. HICKS, JR., under a general retainer to represent them in this Chapter 11 case.

/s/ Barry K. Kellerman
Barry K. Kellerman, Debtor

Date:   6/3/2009

/s/ Dana M. Kellerman
Dana M. Kellerman, Debtor

Date:   6/3/2009


## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was electronically served upon the United States Trustee, 200 W. Capitol, Ste 1200, Little Rock, AR, 72201, this 3rd day of June, 2009.

/s/ Basil V. Hicks, Jr.
Basil V. Hicks, Jr.