IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

Re: Barry K. Kellerman and Dana M. Kellerman     Case No. 09-13935
      Debtors                                                                       (Chapter 11)

## AFFIDAVIT OF PROPOSED ATTORNEY

STATE OF ARKANSAS     )
                                   )ss
COUNTY OF PULASKI     )

I, Basil V. Hicks, Jr., hereby make solemn oath.

(1) I am an attorney at law, duly admitted to practice in the State of Arkansas and in this Court.

(2) I maintain an office for practice of law at 425 W. Broadway, Suite H, North Little Rock, Arkansas, 72114.

(3) I have no connection with the Debtor, creditors or any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed by the United States Trustee.

Further the Affiant sayeth not.

Dated this 3 day of June, 2009.

                                       Basil V. Hicks, Jr.
                                       Arkansas Bar No. 73054
                                       P. O. Box 5670
                                       North Little Rock, AR 72119
                                       (501) 301-7700

SUBSCRIBED AND SWORN to before me, a Notary Public, this 3rd day of June, 2009.

                                       Notary Public

My Commission Expires:
3/20/11