IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

Re:   Barry K. Kellerman and Dana M. Kellerman         Case No. 09-13935
      Debtors                                                    (Chapter 11)

## ORDER AUTHORIZING EMPLOYMENT OF ATTORNEY

NOW BEFORE the Court is the application of the Debtors-in-possession for authority to employ Basil V. Hicks, Jr. to represent them herein and from the pleadings, proof and other matters before it, the Court finds and orders:

1.   Proposed counsel is duly admitted to practice in this Court and experienced in bankruptcy matters. No adverse interest has been represented.

2.   Employment of counsel is necessary and is in the interest of the estate and the case is one justifying a general retainer.

3.   Proposed counsel received a cost deposit of $7,050.00 pre-petition; $1,039 of which was disbursed for the filing fee.

4.   The Debtors' employment of Basil V. Hicks, Jr., should be authorized and the Debtors authorized to pay said attorney a reasonable fee for his services upon application and order of the Court.

IT IS SO ORDERED.

_____
U.S. BANKRUPTCY JUDGE

Date: July 2, 2009

cc:
Basil V. Hicks, Jr.
P. O. Box 5670
North Little Rock, AR  72119

United States Trustee
200 West Capitol, Ste 1200
Little Rock, AR  72201

All creditor's per matrix

EOD 7/2/2009
by T Wilkins