# United States Bankruptcy Court
## Eastern District of Arkansas

In re     **Barry K Kellerman,**
           **Dana M Kellerman**
                            Debtors

Case No. **4:09-bk-13935**

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**None**

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **July 7, 2009**           Signature **/s/ Barry K Kellerman**
                                                                     **Barry K Kellerman**
                                                                     Debtor

Date **July 7, 2009**           Signature **/s/ Dana M Kellerman**
                                                                     **Dana M Kellerman**
                                                                     Joint Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders