# Statement

O.C. "Rusty" Sparks, P.A.
620 W. Third Street
Suite 100
Little Rock, AR 72201

| Date |
|---|
| 11/22/2013 |

**To:**

Barry and Dana Kellerman
U.S.B.C. 4:09-bk-13985
24 Masters Place Cove
Maumelle, AR 72113

| Amount Due | Amount Enc. |
|---|---|
| $30,998.12 | |

| Date | Transaction | Amount | Balance |
|---|---|---:|---:|
| 05/31/2013 | Balance forward | | 0.00 |
| 06/30/2013 | INV #613. | 0.00 | 0.00 |
| 07/27/2013 | INV #660. | 9,115.50 | 9,115.50 |
| 08/29/2013 | INV #773. | 2,590.50 | 11,706.00 |
| 09/30/2013 | INV #787. | 3,362.20 | 15,068.20 |
| 10/29/2013 | INV #793. | 18,785.42 | 33,853.62 |
| 11/13/2013 | INV #869. | 644.50 | 34,498.12 |
| 11/13/2013 | CREDMEM #870. | -3,500.00 | 30,998.12 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---:|---:|---:|---:|---:|---:|
| 0.00 | 19,429.92 | 3,362.20 | 0.00 | 8,206.00 | $30,998.12 |

O.C. "Rusty" Sparks, P.A.

620 W. Third Street
Suite 100
Little Rock, AR 72201

# Credit Memo

| Date | Credit No. |
|---|---|
| 8/6/2013 | 870 |

**Customer**

Barry and Dana Kellerman
U.S.B.C. 4:09-bk-13985
24 Masters Place Cove
Maumelle, AR 72113

| P.O. No. | Project |
|---|---|
|  |  |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Ch. 11 retainer held in IOLTA Trust |  |  | -3,500.00 |

| | |
|---|---|
| **Total** | $-3,500.00 |
| **Invoices** | $0.00 |
| **Balance Credit** | $-3,500.00 |

**O.C. "Rusty" Sparks, P.A.**
620 W. Third Street
Suite 100
Little Rock, AR 72201

# Invoice

Invoice #: 660
Invoice Date: 7/31/2013

**Bill To:**
Barry and Dana Kellerman
U.S.B.C. 4:09-bk-13985
24 Masters Place Cove
Maumelle, AR 72113

Case:
P.O. Number:

| Date | Description | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/9/2013 | rvw complaint Panther Mtn v. NBA | OCS | 0.84 | 0.00 | 0.00 |
| 7/10/2013 | PC to Dana | OCS | 0.1 | 0.00 | 0.00 |
| 7/22/2013 | rvw Order on Obj to adequacy of debtors disclosure stmnt | OCS | 0.2 | 0.00 | 0.00 |
| 7/22/2013 | rvwd, analyzed and dev action plan on Obj to adeq disclosure stmnt | OCS | 0.5 | 0.00 | 0.00 |
| 7/22/2013 | vwd, analyzed and notes made on Orig Plan of organization | OCS | 1 | 0.00 | 0.00 |
| 7/22/2013 | rvw Orig disclosure stmnt | OCS | 0.85 | 0.00 | 0.00 |
| 7/22/2013 | email to Kellerman's re: no court tmrw | OCS | 0.15 | 0.00 | 0.00 |
| 7/22/2013 | PC w/Sam Ory re: Mtn to cont, explained circumstances, discussed case history, Penick is the problem | OCS | 0.3 | 0.00 | 0.00 |
| 7/22/2013 | PC w/ Patti Stanley re: hrg on tues, FMU assests petition value | OCS | 0.8 | 0.00 | 0.00 |
| | ***POST-HIRING ON CASE | | | 0.00 | 0.00 |
| 7/25/2013 | filed June 2013 OR | JG | 0.16 | 75.00 | 12.00 |
| 7/25/2013 | emailed June 2013 bank stmtns to Rodney Clark | JG | 0.16 | 75.00 | 12.00 |
| 7/25/2013 | doc rvw 4.11A & Iberia Bk loan analysis | OCS | 1 | 250.00 | 250.00 |
| 7/25/2013 | prohibited transaction research | OCS | 2.3 | 250.00 | 575.00 |
| 7/26/2013 | rvw msg from Gershner re: Kellerman access for appraisers | OCS | 0.1 | 250.00 | 25.00 |
| 7/26/2013 | PC w/Dana re: PMLD Plan, discl objections expenses, IRA transaction | OCS | 0.6 | 250.00 | 150.00 |
| 7/26/2013 | rvw Mtn for entry upon land for insp and other purposes | OCS | 0.15 | 250.00 | 37.50 |
| 7/27/2013 | rvw objection analysis | OCS | 2.3 | 250.00 | 575.00 |
| 7/27/2013 | rvw NBA obj comparison | OCS | 0.75 | 250.00 | 187.50 |
| 7/27/2013 | info needed from Kellerman's | OCS | 0.67 | 250.00 | 167.50 |
| 7/28/2013 | objection review | OCS | 0.67 | 250.00 | 167.50 |
| 7/28/2013 | start fin info review & input | OCS | 1.89 | 250.00 | 472.50 |
| 7/28/2013 | start 2012 input create spreadsheet | OCS | 2.29 | 250.00 | 572.50 |
| 7/28/2013 | disclosure stmnt & plan dev & drafting | OCS | 2.41 | 250.00 | 602.50 |
| 7/29/2013 | All time used in preparing for a trial | OCS | 3 | 250.00 | 750.00 |

**Total**

**Payments/Credits**

**Balance Due**

Page 1

**O.C. "Rusty" Sparks, P.A.**
620 W. Third Street
Suite 100
Little Rock, AR 72201

# Invoice

Invoice #: 660
Invoice Date: 7/31/2013

**Bill To:**

Barry and Dana Kellerman
U.S.B.C. 4:09-bk-13985
24 Masters Place Cove
Maumelle, AR 72113

Case:
P.O. Number:

| Date | Description | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/29/2013 | OA w/Barry & Diana re: med issues | OCS | 2.5 | 250.00 | 625.00 |
| 7/29/2013 | PC w/Dana re: expenses, IRA transcation, Iberia debt | OCS | 1.31 | 250.00 | 327.50 |
| 7/29/2013 | PC w/UST Mtn to amend order | OCS | 0.65 | 250.00 | 162.50 |
| 7/29/2013 | review claims register | OCS | 1.35 | 250.00 | 337.50 |
| 7/29/2013 | PC to Jim Penick re: gershner history, Iberia Bank issues, BOSC | OCS | 0.75 | 250.00 | 187.50 |
| 7/23/2013 | Order granting Mtn to Cont and setting hrg on disclosure stmnt | OCS | 0.1 | 250.00 | 25.00 |
| 7/30/2013 | discussed cfm hrg and ruling | OCS | 3.19 | 250.00 | 797.50 |
| 7/30/2013 | rvw Mtn for modification of order and ext of time for conf of plan | OCS | 0.15 | 250.00 | 37.50 |
| 7/30/2013 | rvw Order & notice of hrg on disclosure stmnt | OCS | 0.1 | 250.00 | 25.00 |
| 7/30/2013 | rvw debtor's 2nd amended disclosure stmnt to accompany its plan of reorganization | OCS | 0.6 | 250.00 | 150.00 |
| 7/30/2013 | rvw debtor's second amended plan or reorganization | OCS | 0.75 | 250.00 | 187.50 |
| 7/30/2013 | rvw docket text | OCS | 0.4 | 250.00 | 100.00 |
| 7/30/2013 | rvw Panther Mtn Land dev voluntary petition | OCS | 0.5 | 250.00 | 125.00 |
| 7/30/2013 | rvw NBA Proof of claim | OCS | 0.45 | 250.00 | 112.50 |
| 7/30/2013 | rvw Order on Mtn to dism or convert | OCS | 0.1 | 250.00 | 25.00 |
| 7/30/2013 | rvw & analyzed memo opinion & order denying Mtn for rlf from stay and denying Mtn | OCS | 0.83 | 250.00 | 207.50 |
| 7/30/2013 | All time used in preparing for a trial, negotiations on objs | OCS | 2 | 250.00 | 500.00 |
| 7/30/2013 | negotiations BOSC/NBA. Trial in chief | OCS | 2 | 250.00 | 500.00 |
| 7/31/2013 | copies printed from Pacer 1015@.10 | OCS | | 101.50 | 101.50 |
| 7/31/2013 | Best Case file from Basil review | OCS | 0.1 | 250.00 | 25.00 |

| | | |
|---|---|---|
| **Total** | | $9,115.50 |
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | $9,115.50 |

Page 2

**O.C. "Rusty" Sparks, P.A.**
620 W. Third Street
Suite 100
Little Rock, AR 72201

# Invoice

Invoice #: 773
Invoice Date: 8/31/2013

**Bill To:**
Barry and Dana Kellerman
U.S.B.C. 4:09-bk-13985
24 Masters Place Cove
Maumelle, AR 72113

Case:
P.O. Number:

| Date | Description | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/1/2013 | rvw Order sustaining in part objs to amended disclosures | OCS | 0.15 | 250.00 | 37.50 |
| 8/1/2013 | calendar to ID dates specific | OCS | 0.2 | 250.00 | 50.00 |
| 8/1/2013 | email from Dana re: Kellerman appraisal | OCS | 0.1 | 250.00 | 25.00 |
| 8/2/2013 | rvw ct approves disc on 8/29 | OCS | 0.1 | 250.00 | 25.00 |
| 8/2/2013 | OA w/Basil to rvw Disclosure hrg and conf hrg | OCS | 1.38 | 250.00 | 345.00 |
| 8/4/2013 | research into DIP of indiv Ch.11 | OCS | 1.2 | 250.00 | 300.00 |
| 8/26/2013 | email from Steve re: need bank stmnts | OCS | 0.1 | 250.00 | 25.00 |
| 8/4/2013 | research 707(b)(2)A- issues | OCS | 0.75 | 250.00 | 187.50 |
| 8/4/2013 | research totality of circumstances | OCS | 1.3 | 250.00 | 325.00 |
| 8/4/2013 | research ch 13 cfm of plan i.e. reasonabliness of expenses | OCS | 2.3 | 250.00 | 575.00 |
| 8/5/2013 | email to Stephen Gershner re: schedule for appraiser | OCS | 0.1 | 250.00 | 25.00 |
| 8/6/2013 | email from Dana re: meeting time | OCS | 0.1 | 250.00 | 25.00 |
| 8/6/2013 | email from Dana re: need answers to confusiuon after the hrg | OCS | 0.1 | 250.00 | 25.00 |
| 8/6/2013 | email to Dana re: working on disclosure document | OCS | 0.2 | 250.00 | 50.00 |
| 8/7/2013 | email to Dana re: access from appraisers | OCS | 0.1 | 250.00 | 25.00 |
| 8/7/2013 | email from Gershner re: need to change appraiser time | OCS | 0.1 | 250.00 | 25.00 |
| 8/7/2013 | email to Dana re: changing appraisers time | OCS | 0.1 | 250.00 | 25.00 |
| 8/7/2013 | email from Allison Harris re: signing order | OCS | 0.1 | 250.00 | 25.00 |
| 8/8/2013 | rvw proposed order | OCS | 0.1 | 0.00 | 0.00 |
| 8/8/2013 | email from Steve Gershner re: kellerman disc. statement | OCS | 0.15 | 250.00 | 37.50 |
| 8/12/2013 | PC to Dana re: her calls and confusion, house and contents appraised | OCS | 0.25 | 250.00 | 62.50 |
| 8/12/2013 | vm from Dana re: NBA appraisal | OCS | 0.1 | 250.00 | 25.00 |
| 8/12/2013 | vm from Dana re: appt time | OCS | 0.1 | 250.00 | 25.00 |
| 8/12/2013 | email to Gershner re: appraisal date change | OCS | 0.2 | 250.00 | 50.00 |
| 8/21/2013 | filed July 2013 OR | JG | 0.16 | 75.00 | 12.00 |
| 8/21/2013 | emailed July 2013 bank stmnt to UST | JG | 0.16 | 75.00 | 12.00 |
| 8/23/2013 | listened to vm | OCS | 0.1 | 250.00 | 25.00 |
| 8/27/2013 | PC to Judge Evans re: status of hrg on thurs | OCS | 0.15 | 250.00 | 37.50 |
| 8/27/2013 | email from Mary Beth Mansfiled re: disclosure | OCS | 0.1 | 250.00 | 25.00 |

**Total**

**Payments/Credits**

**Balance Due**

**O.C. "Rusty" Sparks, P.A.**
620 W. Third Street
Suite 100
Little Rock, AR 72201

# Invoice

Invoice #: 773
Invoice Date: 8/31/2013

**Bill To:**
Barry and Dana Kellerman
U.S.B.C. 4:09-bk-13985
24 Masters Place Cove
Maumelle, AR 72113

Case:
P.O. Number:

| Date | Description | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/28/2013 | vm from Sam Ory | OCS | 0.1 | 250.00 | 25.00 |
| 8/28/2013 | vm from Sam Penick | OCS | 0.1 | 250.00 | 25.00 |
| 8/28/2013 | email to Jim Penick re: consolidating cases | OCS | 0.1 | 250.00 | 25.00 |
| 8/28/2013 | email reply from Jim Penick | OCS | 0.1 | 250.00 | 25.00 |
| 8/28/2013 | vm from Sam Ory | OCS | 0.1 | 250.00 | 25.00 |
| 8/29/2013 | vm from Dana Kellerman | OCS | 0.1 | 250.00 | 25.00 |
| 8/31/2013 | copies printed from Pacer 90@.10 | OCS | | 9.00 | 9.00 |

| | |
|---|---|
| **Total** | $2,590.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,590.50 |

**O.C. "Rusty" Sparks, P.A.**
620 W. Third Street
Suite 100
Little Rock, AR 72201

# Invoice

Invoice #: 787
Invoice Date: 9/30/2013

**Bill To:**

Barry and Dana Kellerman
U.S.B.C. 4:09-bk-13985
24 Masters Place Cove
Maumelle, AR 72113

Case:
P.O. Number:

| Date | Description | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/4/2013 | email from Jim Penick re: hire on new Bosc case | OCS | 0.1 | 250.00 | 25.00 |
| 9/5/2013 | filed Amended July 2013 OR | JG | 0.17 | 75.00 | 12.75 |
| 9/5/2013 | emailed July 2013 bank stmnts to UST | JG | 0.17 | 75.00 | 12.75 |
| 9/10/2013 | PC w/Gershner re: financial docs for operating reports | OCS | 0.62 | 250.00 | 155.00 |
| 9/11/2013 | PC w/ Dana Kellerman re: Gershner subpoena, Ocwen, her job situation, plan feasibility, money in bk acct, plan conf issues | OCS | 1.22 | 250.00 | 305.00 |
| 9/11/2013 | Affidavit of Service-Subpoena- Charles Tucker | OCS | 0.1 | 250.00 | 25.00 |
| 9/17/2013 | email from Jim Penick re: Mtn to retain as counsel | OCS | 0.1 | 250.00 | 25.00 |
| 9/17/2013 | rvw Mtn to compel arbitration | OCS | 0.1 | 250.00 | 25.00 |
| 9/20/2013 | rvw Order to submit order | OCS | 0.1 | 250.00 | 25.00 |
| 9/20/2013 | vm from Gershner re: reviewed plan for Kellermans want to discuss | OCS | 0.1 | 250.00 | 25.00 |
| 9/20/2013 | email from Gershner re: appraisal of residence and objs to plan | OCS | 0.5 | 250.00 | 125.00 |
| 9/24/2013 | email to Kellerman re: Gershner's email and NBA's position | OCS | 0.2 | 250.00 | 50.00 |
| 9/24/2013 | PC w/Mary Beth at Evans Order to shorten time | OCS | 0.17 | 250.00 | 42.50 |
| 9/24/2013 | email reply from Kellerman about appt time | OCS | 0.1 | 0.00 | 0.00 |
| 9/25/2013 | PC to Gershner re: plan negotiation | OCS | 0.97 | 250.00 | 242.50 |
| 9/25/2013 | worked on Mtn to establish dates and setting the conf hrg | OCS | 0.17 | 75.00 | 12.75 |
| 9/25/2013 | called Steve Gershner re: hrg date and wont agree until talks to Rusty | JG | 0.17 | 75.00 | 12.75 |
| 9/26/2013 | PC w/Gershner re: Req for Prod & Interrog's, cfm hrg date, Mtn to convert to Ch 7 | OCS | 0.23 | 250.00 | 57.50 |
| 9/26/2013 | OA w/Kellerman's re: req for prod, NBA Interrog's, NBA offer w/d, update sch | OCS | 8 | 250.00 | 2,000.00 |
| 9/27/2013 | from Steve Gershner re: status | OCS | 0.1 | 250.00 | 25.00 |
| 9/27/2013 | to Steve re: depo dates seem good, info will be provided | OCS | 0.1 | 250.00 | 25.00 |
| 9/27/2013 | from Steve: will not agree to dates without an agreement in court | OCS | 0.1 | 250.00 | 25.00 |

**Total**

**Payments/Credits**

**Balance Due**

**O.C. "Rusty" Sparks, P.A.**
620 W. Third Street
Suite 100
Little Rock, AR 72201

# Invoice

Invoice #: 787
Invoice Date: 9/30/2013

**Bill To:**
Barry and Dana Kellerman
U.S.B.C. 4:09-bk-13985
24 Masters Place Cove
Maumelle, AR 72113

Case:
P.O. Number:

| Date | Description | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/27/2013 | reply to Gershner re: will not agree and he can obj if he needs to | OCS | 0.1 | 250.00 | 25.00 |
| 9/27/2013 | listened to vm from Gershner | OCS | 0.1 | 250.00 | 25.00 |
| 9/30/2013 | copies printed from Pacer 87@.10 | OCS | | 8.70 | 8.70 |
| 9/30/2013 | email from Jim Penick re: amended Mtn to establish dates & approve plan | OCS | 0.1 | 250.00 | 25.00 |
| 9/30/2013 | rvw Mtn to set hearing | OCS | 0.1 | 250.00 | 25.00 |

| | |
|---|---|
| **Total** | $3,362.20 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,362.20 |

Page 2

**O.C. "Rusty" Sparks, P.A.**
620 W. Third Street
Suite 100
Little Rock, AR 72201

# Invoice

Invoice #: 793
Invoice Date: 10/29/2013

**Bill To:**

Barry and Dana Kellerman
U.S.B.C. 4:09-bk-13985
24 Masters Place Cove
Maumelle, AR 72113

Case:
P.O. Number:

| Date | Description | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/1/2013 | email from Dana Landrum re: Mtn to shorten | OCS | 0.1 | 250.00 | 25.00 |
| 10/2/2013 | PC w/Gershner re: expenses, discovery responses, depositions | OCS | 0.65 | 250.00 | 162.50 |
| 10/2/2013 | email from Dana Landrum re: scheduling on docket sheet | OCS | 0.2 | 250.00 | 50.00 |
| 10/3/2013 | rev Order re Mtn to shorten time vs. discovery request | OCS | 0.33 | 250.00 | 82.50 |
| 10/3/2013 | rec'd and rvw'd Order re Mtn to shorten time | OCS | 0.15 | 250.00 | 37.50 |
| 10/4/2013 | 56 packets @ 1.52 postage | LS | | 85.12 | 85.12 |
| 10/4/2013 | 26 pages @ 56 packets =1,456 copies @ 0.05 per page | LS | | 72.80 | 72.80 |
| 10/4/2013 | copy prep and send out ballots | LS | 2.5 | 75.00 | 187.50 |
| 10/4/2013 | copy prep and send out ballots | TC | 2.5 | 75.00 | 187.50 |
| 10/4/2013 | Atty rev pkg/ballot supervision | OCS | 1 | 250.00 | 250.00 |
| 10/4/2013 | email from Allison Harris re: Notice of Depo on Kellermans | OCS | 0.1 | 250.00 | 25.00 |
| 10/4/2013 | PC w/Dana re: discovery responses, Judge Evans Order, expenses | OCS | 0.53 | 250.00 | 132.50 |
| 10/4/2013 | email from Dana re: UST fees | OCS | 0.1 | 250.00 | 25.00 |
| 10/4/2013 | email from Gershner re: depo times | OCS | 0.1 | 250.00 | 25.00 |
| 10/4/2013 | email to Gershner re: Depo times | OCS | 0.15 | 250.00 | 37.50 |
| 10/4/2013 | email from Gershner re: schedule is ok | OCS | 0.1 | 250.00 | 25.00 |
| 10/4/2013 | email from Gershner re: depo times revised | OCS | 0.1 | 250.00 | 25.00 |
| 10/4/2013 | Notice of Deposition Duces Tecum Dana | OCS | 0.3 | 250.00 | 75.00 |
| 10/4/2013 | Notice of Deposition Duces Tecum Barry | OCS | 0.2 | 250.00 | 50.00 |
| 10/5/2013 | email to Jim Penick re: Mtn to hire Nunc Pro Tunc | OCS | 0.1 | 250.00 | 25.00 |
| 10/5/2013 | email to Dana re: when will fees stop | OCS | 0.15 | 250.00 | 37.50 |
| 10/5/2013 | email from Dana re: fees stop after closing case | OCS | 0.1 | 250.00 | 25.00 |
| 10/5/2013 | email to Dana re: fees due to UST | OCS | 0.15 | 250.00 | 37.50 |
| 10/8/2013 | PC to Sam Ory re: Arbitratration Award | OCS | 0.32 | 250.00 | 80.00 |
| 10/8/2013 | vm from Sam Ory | OCS | 0.05 | 250.00 | 12.50 |
| 10/8/2013 | vm from Sam Ory | OCS | 0.05 | 250.00 | 12.50 |
| 10/11/2013 | email from Leslie Barnett re: American express ballot | OCS | 0.15 | 250.00 | 37.50 |
| 10/11/2013 | work on responses to req for prod & interrogs | OCS | 2 | 250.00 | 500.00 |
| 10/11/2013 | vm from Kim Tucker re: Kellerman deposition | OCS | 0.1 | 250.00 | 25.00 |

**Total**

**Payments/Credits**

**Balance Due**

Page 1

**O.C. "Rusty" Sparks, P.A.**
620 W. Third Street
Suite 100
Little Rock, AR 72201

# Invoice

Invoice #: 793
Invoice Date: 10/29/2013

**Bill To:**

Barry and Dana Kellerman
U.S.B.C. 4:09-bk-13985
24 Masters Place Cove
Maumelle, AR 72113

Case:
P.O. Number:

| Date | Description | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/11/2013 | responses due by 12 not rec'd | OCS | 0.1 | 250.00 | 25.00 |
| 10/11/2013 | rvw emails, print/scan docs included 6 phone calls | OCS | 8.5 | 250.00 | 2,125.00 |
| 10/11/2013 | PC from Dana re: rvw docs, interrgos, notice of depo | TC | 3.25 | 75.00 | 243.75 |
| 10/14/2013 | PC from Dana re: questions about court motion | OCS | 0.75 | 75.00 | 56.25 |
| 10/14/2013 | OA w/Dana & Barry re: PC w/Jim Penick, Ory obj, NBA obj | OCS | 5.5 | 250.00 | 1,375.00 |
| 10/15/2013 | depo prep | OCS | 3 | 250.00 | 750.00 |
| 10/15/2013 | pre-depo conf at Penick's | OCS | 0.5 | 250.00 | 125.00 |
| 10/15/2013 | deposition of Barry Kellerman | OCS | 5.42 | 250.00 | 1,355.00 |
| 10/16/2013 | final depo prep w/Dana | OCS | 1.5 | 250.00 | 375.00 |
| 10/16/2013 | deposition of Dana Kellerman | OCS | 2.43 | 250.00 | 607.50 |
| 10/16/2013 | lunch and depo strategy | OCS | 1.22 | 250.00 | 305.00 |
| 10/16/2013 | deposition of Dana Kellerman | OCS | 2.68 | 250.00 | 670.00 |
| 10/16/2013 | PC w/Dana re: my req/notice to BOSC | OCS | 0.2 | 250.00 | 50.00 |
| 10/16/2013 | email from Paula McGraw re: afidavit of proposed counsel | OCS | 0.1 | 250.00 | 25.00 |
| 10/16/2013 | email from Barry re: Sep operating report | OCS | 0.2 | 250.00 | 50.00 |
| 10/16/2013 | email frm Barry re: Sep 2013 Money Report | OCS | 0.2 | 250.00 | 50.00 |
| 10/16/2013 | forward Sep 2013 Operating report to Jim Penick | OCS | 0.2 | 250.00 | 50.00 |
| 10/17/2013 | froward Sep 2013 Operating report to Steve Gershner | OCS | 0.1 | 250.00 | 25.00 |
| 10/17/2013 | email from Gershner re: didn't get ballots | OCS | 0.1 | 250.00 | 25.00 |
| 10/17/2013 | email from Jim penick re: mtg time Sunday | OCS | 0.1 | 250.00 | 25.00 |
| 10/17/2013 | email from Dana Kellerman re: mtg time sunday | OCS | 0.1 | 0.00 | 0.00 |
| 10/18/2013 | lobby conversation with Dana Kellerman | OCS | 0.2 | 250.00 | 50.00 |
| 10/18/2013 | PC from Sam Ory re: Iberia bk | OCS | 0.67 | 250.00 | 167.50 |
| 10/18/2013 | email from Julie Chavis re: DFA ballot | OCS | 0.1 | 250.00 | 25.00 |
| 10/18/2013 | email respond to Julie Chavis | OCS | 0.1 | 250.00 | 25.00 |
| 10/18/2013 | email from Julie Chavis re: default language | OCS | 0.1 | 0.00 | 0.00 |
| 10/20/2013 | email from Jim Penick re: UST and NBA filed motions | OCS | 0.1 | 250.00 | 25.00 |
| 10/20/2013 | email from Jim Penick re: Panther Mtn liquidation analysis | OCS | 0.2 | 250.00 | 50.00 |
| 10/20/2013 | email from Jim Penick re: lot analysis pay off year 2 | OCS | 0.3 | 250.00 | 75.00 |
| 10/20/2013 | email from Jim Penick re: lot analysis pay off year 2 | OCS | 0.1 | 250.00 | 25.00 |
| 10/20/2013 | spreadsheet revisions income/expenses | OCS | 2 | 250.00 | 500.00 |

**Total**

**Payments/Credits**

**Balance Due**

Page 2

**O.C. "Rusty" Sparks, P.A.**
620 W. Third Street
Suite 100
Little Rock, AR 72201

# Invoice

Invoice #: 793
Invoice Date: 10/29/2013

**Bill To:**
Barry and Dana Kellerman
U.S.B.C. 4:09-bk-13985
24 Masters Place Cove
Maumelle, AR 72113

Case:
P.O. Number:

| Date | Description | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/20/2013 | email from Jim Penick re: Lot analysis Pay off year 3 | OCS | 0.3 | 250.00 | 75.00 |
| 10/20/2013 | email from Dana re: lot analysis year 3 without auction | OCS | 0.1 | 250.00 | 25.00 |
| 10/20/2013 | email from Dana re: pending motions | OCS | 0.1 | 250.00 | 25.00 |
| 10/20/2013 | email from Jim Penick re: lot analysis year 3 without auction | OCS | 0.1 | 250.00 | 25.00 |
| 10/20/2013 | email from Jim Penick re: Mtn to convert | OCS | 0.1 | 250.00 | 25.00 |
| 10/20/2013 | email from Dana re: Mtns to convert | OCS | 0.1 | 250.00 | 25.00 |
| 10/20/2013 | met w/Barry, Dana & Jim Penick re: NBA's obj | OCS | 5.75 | 250.00 | 1,437.50 |
| 10/21/2013 | PC w/Jim Penick re: coordinating schedules | OCS | 0.25 | 250.00 | 62.50 |
| 10/21/2013 | email from Basil re: subpoena | OCS | 0.1 | 250.00 | 25.00 |
| 10/21/2013 | All time used in preparing for a trial exhibit dev | OCS | 2 | 250.00 | 500.00 |
| 10/21/2013 | adjust & modify spreadsheets | OCS | 1.1 | 250.00 | 275.00 |
| 10/22/2013 | PC from Lance Owens re: PMLD, Iberia Bk | OCS | 0.53 | 250.00 | 132.50 |
| 10/22/2013 | mtg at Penick's office rvw of strategy | OCS | 2.16 | 250.00 | 540.00 |
| 10/22/2013 | All time used in preparing for a trial exhibit dev | OCS | 2 | 250.00 | 500.00 |
| 10/22/2013 | Summary of balloting on debtor's second amended plan of reorganization | OCS | 1 | 250.00 | 250.00 |
| 10/22/2013 | rvw & analyze ballots revise summary of balloting | OCS | 1.25 | 250.00 | 312.50 |
| 10/22/2013 | email from Annette Robinson re: Judge will hear Panther Mtn first | OCS | 0.1 | 250.00 | 25.00 |
| 10/22/2013 | Mtn to alter, amend or modify order approving employment of special counsel | OCS | 0.5 | 250.00 | 125.00 |
| 10/23/2013 | Attend Trial - Panther Mtn Case | OCS | 7.5 | 125.00 | 937.50 |
| 10/25/2013 | email from Charles Coleman re: Panther Mtn Land dev | OCS | 0.2 | 250.00 | 50.00 |
| 10/25/2013 | PC w/Kellerman re: ruling inm PMLD, convert or dismiss | OCS | 1.17 | 250.00 | 292.50 |
| 10/25/2013 | PC w/Jim re: disc'd global settlement strategy | OCS | 1.08 | 250.00 | 270.00 |
| 10/26/2013 | PC w/Dana re: full disc of all options | OCS | 1.41 | 250.00 | 352.50 |
| 10/27/2013 | email from Dana re: Global stlmnt | OCS | 0.15 | 250.00 | 37.50 |
| 10/27/2013 | email from Dana to Jim re: price is 2 million | OCS | 0.1 | 250.00 | 25.00 |
| 10/27/2013 | email from Dana to Jim re: special improvement Districts or Barry's IRA | OCS | 0.1 | 250.00 | 25.00 |
| 10/27/2013 | email from Jim to Dana re: global stlmnt | OCS | 0.1 | 250.00 | 25.00 |
| 10/27/2013 | email from Jim to Dana re: IRA could dissolve | OCS | 0.1 | 250.00 | 25.00 |

**Total**

**Payments/Credits**

**Balance Due**

**O.C. "Rusty" Sparks, P.A.**
620 W. Third Street
Suite 100
Little Rock, AR 72201

# Invoice

Invoice #: 793
Invoice Date: 10/29/2013

**Bill To:**
Barry and Dana Kellerman
U.S.B.C. 4:09-bk-13985
24 Masters Place Cove
Maumelle, AR 72113

Case:
P.O. Number:

| Date | Description | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/27/2013 | email from Dana to Jim re: NBA research | OCS | 0.1 | 250.00 | 25.00 |
| 10/27/2013 | email from Jim to Dana re: defending the transfer | OCS | 0.1 | 250.00 | 25.00 |
| 10/27/2013 | email from Dana to Jim re: involving tax counsel | OCS | 0.1 | 250.00 | 25.00 |
| 10/27/2013 | email from Jim to Dana re: more litigation | OCS | 0.1 | 250.00 | 25.00 |
| 10/27/2013 | email from Dana to Jim re: global stlmnt | OCS | 0.1 | 250.00 | 25.00 |
| 10/27/2013 | email from Jim to Dana re: global stlmtn discuss tmrw | OCS | 0.1 | 250.00 | 25.00 |
| 10/27/2013 | email from Dana to Jim re: is foreclosure judicial or nonjudicial | OCS | 0.1 | 250.00 | 25.00 |
| 10/27/2013 | email from Jim to Dana re: judicial | OCS | 0.1 | 250.00 | 25.00 |
| 10/29/2013 | PC from Dana re: dismissal or conversion, keep AP alive | OCS | 1.91 | 250.00 | 477.50 |
| 10/29/2013 | from Charles Coleman re: proposed settlement | OCS | 0.3 | 250.00 | 75.00 |

| | |
|---|---|
| **Total** | $18,785.42 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $18,785.42 |

Page 4

**O.C. "Rusty" Sparks, P.A.**
620 W. Third Street
Suite 100
Little Rock, AR 72201

# Invoice

Invoice #: 869
Invoice Date: 11/13/2013

**Bill To:**
Barry and Dana Kellerman
U.S.B.C. 4:09-bk-13985
24 Masters Place Cove
Maumelle, AR 72113

Case:
P.O. Number:

| Date | Description | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/5/2013 | email from Annette Robinson re: moving hrg until next week | OCS | 0.1 | 0.00 | 0.00 |
| 11/5/2013 | email reply to Annette re: moving is ok | OCS | 0.1 | 250.00 | 25.00 |
| 11/6/2013 | PC w/Jim Penick re: offer 1 & 2 rejected, counter proposal | OCS | 0.64 | 250.00 | 160.00 |
| 11/7/2013 | work on appl for atty fees | JG | 0.16 | 75.00 | 12.00 |
| 11/13/2013 | PC w/Patti Stanley re: her position, Panther Mtn, dismiss or convert | OCS | 0.29 | 250.00 | 72.50 |
| 11/13/2013 | attended PMLD hrg on dismiss or convert, Judge converted | OCS | 3 | 125.00 | 375.00 |

| | |
|---|---|
| **Total** | $644.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $644.50 |